# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-416 |
| | § | |
| STELLA DURU | § | |
| THOMAS JAMES BOYCE II | § | |

## O R D E R

Defendant Stella Duru filed a motion for a continuance, (Docket Entry No. 41). The government and the codefendant are unopposed to the continuance. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 15, 2018 |
| Responses are to be filed by: | October 29, 2018 |
| Pretrial conference is reset to**:** | **November 5, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **November 13, 2018 at 9:00 a.m.** |

SIGNED on August 6, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge